THE STATE OF IOWA, Appellee, v. ANN HAYS, Appellant.

**Appeal :** RECORD: DISMISSAL.

*Appeal from Jefferson District Court.*

WEDNESDAY, FEBRUARY 10, 1892.

THE defendant was indicted, tried and convicted upon a charge of keeping and maintaining a nuisance.

No appearance for defendant.

*John Y. Stone,* Attorney General, for the state.

PER CURIAM. The cause was submitted to this court upon a transcript without abstract or argument, and it does not appear that any appeal was taken from the judgment of the district court. In this state of the record there is no question presented which we can determine. The case is therefore DISMISSED.